# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
v.  
Samuel H. Hall

CITATION/CASE NO. 5:07-cr-11 TAG

(Class A Misdemeanor)

**ORDER TO PAY & Judgment**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____ _____ _____
City               State           Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____    _____
                              Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ **Suspended**     (✓) Penalty ASSESSMENT of $ **25.00**

( ) PROCESSING Fee of $ _____    for a **TOTAL AMOUNT** of $ _____ ,

paid within _____ days / months OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be (unsupervised) / supervised for: _____

1 - Obey all laws
2 - Rake out tracks to BLM satisfaction
3 - Ordered to appear at Compliance Hearing on 7/13/2007 @ 11:00 AM

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU       CLERK, U.S.D.C.            **CLERK, U.S.D.C.**
PO Box 70939                    501 'I' St. #4-200         **2500 Tulare St., Rm 1501**
Charlotte, NC 28272-0939        Sacramento, CA 95814       **Fresno, CA 93721**
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: **5/11/2007**      _____
                          for: U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office; 2) Page 2 & 3 - for defendant                EDCA - Rev 3/2007